IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

        Plaintiff,                No. CIV S-06-0574 GEB PAN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.            ORDER

        /

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On April 4, 2006, papers sent to plaintiff were returned by the United States Postal Service with a notation that plaintiff was not in custody. On April 19, 2006, the court recommended this action be dismissed for plaintiff's failure to keep the court apprised of his address.

        On May 4, 2006, plaintiff filed objections stating he has been incarcerated since 1985.

        Accordingly, IT IS HEREBY ORDERED that the April 19, 2006, findings and recommendations are vacated.

DATED: May 10, 2006.

                              UNITED STATES MAGISTRATE JUDGE

\004\will0574.vac f&r