IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

        Plaintiff,                        No. CIV S-06-0574 GEB PAN P

    vs.

KAHALE, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 11, 2006, plaintiff was directed to submit, within thirty days, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. On May 31, 2006, plaintiff filed a document entitled "Violation of . . . Remedial Plan." It is unclear whether plaintiff intended this filing to serve as an amended complaint. In his original complaint, plaintiff included a statement in the relief portion of the complaint form: "Retain a right to submit supplementary documents."

        The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R.

1

1  Civ. P. 15(a).  However, an amended or supplemental complaint supersedes the original
2  complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended pleading is
3  filed, the original pleading no longer serves any function in the case.  Id.; see also E.D. Local
4  Rule 15-220.  Although the allegations of this pro se complaint are held to "less stringent
5  standards than formal pleadings drafted by lawyers," Haines v. Kerner, 404 U.S. 519, 520 (1972)
6  (per curiam), plaintiff will be required to comply with the Federal Rules of Civil Procedure and
7  the Local Rules of the Eastern District of California.  Because it is unclear plaintiff intended his
8  May 31, 2006 filing to serve as an amended complaint, the court will not construe it as an
9  amended complaint at this time.  If plaintiff wishes to amend his complaint, he must file one
10 document, clearly labeled amended complaint, that contains all of the claims he is pursuing in
11 this action.

12         However, plaintiff has not complied with the court's April 11, 2006 order and this
13 action cannot proceed until plaintiff either completes the appropriate documents necessary to
14 apply for in forma pauperis status or pays the $250.00 filing fee.  Good cause appearing, plaintiff
15 will be granted a thirty day extension of time in which to comply with the April 11, 2006 order.
16 No further extensions of time will be granted.  Plaintiff's failure to comply with this order will
17 result in a recommendation that this action be dismissed without prejudice.

18         In accordance with the above, IT IS HEREBY ORDERED that:
19         1. Plaintiff is granted an additional thirty days from the date of this order in which
20 to provide a  completed affidavit in support of his request to proceed in forma pauperis on the
21 form provided by the Clerk of Court and a certified copy of his prison trust account statement for
22 the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to
23 comply with this order will result in a recommendation that this action be dismissed without
24 prejudice.
25 /////
26 /////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner and the forms for filing a civil rights action.

DATED: July 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; will0574.ext

3