IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

    Plaintiff,                    No. CIV S-06-0574 GEB EFB P

    vs.

KAHALE, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

                              /

       Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 9, 2007, the court dismissed plaintiff's amended complaint for failure to state a claim upon which relief could be granted, explained the complaint's deficiencies, gave plaintiff 30 days to file a second amended complaint correcting those deficiencies, and warned plaintiff that failure to file a second amended complaint would result in a recommendation that this action be dismissed for failure to state a claim.

       The 30-day period since July 9, 2007, has expired and plaintiff has not filed an amended complaint.

       Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to state a claim upon which relief could be granted. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

////

1  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE